UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No.: 25-mj-61** |
| v. | : | |
| | : | |
| **PRASAN NEPAL** | : | |
| aka "TRIPPY", and | : | |
| | : | |
| **LEONIDAS VARAGIANNIS,** | : | |
| aka "WAR" | : | |
| | : | |
| **Defendants.** | : | |

### NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney, Karen Shinskie, who may be contacted by telephone on (202) 730-6878 or e-mail at Karen.Shinskie@usdoj.gov. This is notice of their appearance in this matter on behalf of the United States.

        Respectfully submitted,

        EDWARD R. MARTIN, JR.
        United States Attorney
        DC Bar No. 481052

By:    /s/ *Karen L. Shinskie*
        Karen L. Shinskie
        D.C. Bar No. 1023004
        Assistant United States Attorney
        601 D Street, N.W.
        Washington, D.C. 20530
        (202) 730-6878
        Karen.Shinskie@usdoj.gov

Case 1:25-cr-00304-RBW    Document 5    Filed 04/29/25    Page 2 of 2