AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:25-mj-00061 |
| | ) | Assigned To : Faruqui, Zia M. |
| PRASAN NEPAL, | ) | Assign. Date : 4/15/2025 |
| aka "TRIPPY," | ) | Description: COMPLAINT W/ARREST WARRANT |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Prasan Nepal aka "Trippy,"                                                                  ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2252A(g) (Child Exploitation Enterprise)

Date:    04/15/2025

*Issuing officer's signature*

City and state:    Washington, D.C.               Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 04/22/2025 , and the person was arrested on *(date)* 04/22/2025
at *(city and state)*  GREENSBORO, NC         .

Date: 04/23/2025

*Arresting officer's signature*

NICHOLAS L. COMBS    FBI TF
*Printed name and title*