UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> PRASAN NEPAL, ) <br> ) <br> Defendant. ) <br> ) | Criminal Action No. 25-304-1 (RBW) |

## ORDER

In accordance with the oral rulings issued by the Court at the arraignment and status hearing held on October 3, 2025, it is hereby

**ORDERED** that, on December 4, 2025, at 11:30 a.m., the parties shall appear before the Court for a status hearing. The parties shall appear before the Court in Courtroom 16 on the 6th floor at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001. It is further

**ORDERED** that, with the consent of the government and the defendant, the time from October 3, 2025, to December 4, 2025, is excluded under the Speedy Trial Act, in light of the need for additional time for the defendant and his counsel to review the discovery provided by the government and for the defendant to determine how he desires to proceed in this case.

**SO ORDERED** this 3rd day of October, 2025.

/s/ Reggie B. Walton
REGGIE B. WALTON
United States District Judge