**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES** | ) |
| | ) |
| | )    **Case No. 1:25-cr-304-RBW-1** |
| **v.** | ) |
| | ) |
| **PRASAN NEPAL** | ) |
| **Defendant** | ) |

## <u>DEFENDANT'S UNOPPOSED MOTION TO CONTINUE STATUS HEARING</u>

Defendant, Prasan Nepal ("Mr. Nepal"), by and through undersigned counsel, respectfully moves this Honorable Court to continue the currently scheduled Status Hearing from March 12, 2026, at 11:30 A.M., to a date after sixty (60) days convenient for all parties.  In support of this Motion, Mr. Nepal states the following:

1.  On September 28, 2025, Mr. Nepal was charged by indictment with one count of Child Exploitation Enterprise, in violation of 18 U.S.C. § 2252A(g). *See* ECF 19.

2.  A Status Hearing is currently scheduled for March 12, 2026, at 11:30 A.M.

3.  The government has produced a voluminous amount of discovery to the defense and has indicated to undersigned counsel that it intends to produce another round of discovery in the near future.

4.  Additionally, the Parties request additional time to discuss a resolution of this matter short of trial.

5.  Mr. Nepal waives his rights under the Speedy Trial Act and requests that the time between today and the next scheduled hearing be tolled. *See* Notice of Waiver.

6.  Assistant United States Attorney Karen Shinskie does not oppose this request.

1

Wherefore, Mr. Prasan Nepal respectfully moves this Honorable Court to continue the currently scheduled Status Hearing from March 12, 2026, at 11:30 A.M., to a date after sixty (60) days convenient for all parties.

Respectfully submitted,

_____/s/_____
Paulette M. Pagán
D.C. Bar No. 1737374
Price Benowitz, LLP
409 Seventh Street, NW, Suite 200
Washington, D.C. 20004
Phone: (202) 731-9882
Fax: (202) 664-1331
paulette@pricebenowitz.com
*Counsel for Prasan Nepal*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of March 2026, I caused a true and correct copy of the foregoing Defendant's Unopposed Motion to Continue Status Hearing to be delivered by electronic mail to all parties in this matter.

_____/s/_____
Paulette M. Pagán

2