UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) ) ) v. ) ) PRASAN NEPAL, ) ) Defendant. ) ) | Criminal Action No. 25-304-1 (RBW) |

### ORDER

Upon consideration of the Defendant's Unopposed Motion to Continue Status Hearing, ECF No. 30, and for good cause shown, it is hereby

**ORDERED** that the Defendant's Unopposed Motion to Continue Status Hearing, ECF No. 30, is **GRANTED**. It is further

**ORDERED** that the status hearing currently scheduled for March 12, 2026, is **CONTINUED** to May 18, 2026, at 10:30 a.m. The parties shall appear before the Court in Courtroom 16 on the 6th floor at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001. It is further

**ORDERED** that the time from March 12, 2026, to May 18, 2026, is excluded under the Speedy Trial Act, in light of the need for additional time for the government to produce additional discovery and for the defendant to review that additional discovery and determine how he wishes to proceed in this case.

**SO ORDERED** this 9th day of March, 2026.

REGGIE B. WALTON
United States District Judge