NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.   20001**

UNITED STATES OF AMERICA

vs.                                         Criminal Number  1:25 cr 304 1

**PRASAN NEPAL**

(Defendant)

TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA          ☑ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_(Signature)_

**PLEASE PRINT THE FOLLOWING INFORMATION:**

David Benowitz  DC Bar# 451557
_(Attorney & Bar ID Number)_

Price Benowitz LLP
_(Firm Name)_

409 7th Street, NW, Suite 200
_(Street Address)_

Washington, DC 20004
_(City)          (State)          (Zip)_

(202) 271 5249
_(Telephone Number)_