## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
v. )  Criminal Action No. 25-304-1 (RBW)
)
)
PRASAN NEPAL, )
)
Defendant. )
)

## ORDER

Upon consideration of the Defendant's Unopposed Motion to Continue Status Hearing, ECF No. 37, and for good cause shown, it is hereby

**ORDERED** that the Defendant's Unopposed Motion to Continue Status Hearing, ECF No. 37, is **GRANTED**. It is further

**ORDERED** that the status hearing currently scheduled for August 4, 2026, is **CONTINUED** to September 16, 2026, at 9:30 a.m.[1] The parties shall appear before the Court in Courtroom 16 on the 6th floor at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001. It is further

**ORDERED** that, with the consent of the government and the defendant, the time from August 4, 2026, to September 16, 2026, is excluded under the Speedy Trial Act, in light of the need for additional time for the parties to engage in plea negotiations.

---

[1] In the event that the parties reach a plea agreement prior to the September 16, 2026 status hearing, the parties shall notify the Court on or before September 9, 2026, to request that the status hearing be converted into a guilty plea hearing. If the hearing is converted to a guilty plea hearing, the parties shall submit the necessary paperwork to the Court on or before September 10, 2026.

**SO ORDERED** this 21st day of July, 2026.

REGGIE B. WALTON
United States District Judge