**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 25-cr-304-1** |
| | : | |
| **v.** | : | **VIOLATION:** |
| | : | **18 U.S.C. § 2251(a) & (e)** |
| **PRASAN NEPAL,** | : | **(Conspiracy to Commit Sexual** |
| | : | **Exploitation of a Child)** |
| **Defendant.** | : | |
| | : | **FORFEITURE:** |
| | : | **18 U.S.C. § 2253;** |
| | : | **21 U.S.C. § 853(p)** |

## I N F O R M A T I O N

The United States Attorney charges that:

## COUNT ONE

Beginning on a date unknown to the United States Attorney but at least prior to January 1, 2021, and continuing through on or about April 29, 2025, within the District of Columbia and elsewhere, the defendant, **PRASAN NEPAL**, did knowingly conspire and agree with **LEONIDAS VARAGIANNIS** and others, known and unknown to the United States Attorney, to knowingly employ, use persuade, induce, entice, and coerce, any minor, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and the visual depiction was produced and transmitted using any means facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

(**Conspiracy to Commit Sexual Exploitation of a Child**, in violation of Title 18, United States Code, Section 2251(a) &(e))

## FORFEITURE ALLEGATION

1. The United States hereby gives notice to the defendant, **PRASAN NEPAL**, that upon his conviction of the offense charged in Count One of this Information, the government will seek forfeiture, in accordance with Title 18, United States Code, Section 2253(a), of (a) any visual depiction described in Section 2251, 2251A, 2252A, 2252B, or 2260 of Title 18, United States Code, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of such sections; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and (c) any property, real or personal, used or intended to be used to commit or promote the commission of such offenses or any property traceable to such property.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the Court;
d. has been substantially diminished in value; or
e. has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 2253, and Title 21, United States Code, Section 853(p))

Respectfully submitted,

JEANINE F. PIRRO
United States Attorney

By: *Karen Shinskie*
____________________________
Karen L. Shinskie
Assistant United States Attorney